IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JAVONTIS POWELL,                              )
                                             )
        Plaintiff,                           )
                                             )
        v.                                   )    CASE NO. 3:22-CV-227-WHA-SMD
                                             )
RUSSELL CTY. JAIL, *et al.*,                 )
                                             )
        Defendants.                          )

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered

on June 7, 2022. Doc. 4. The Magistrate Judge recommended that this case be dismissed

without prejudice based on Plaintiff's failure to comply with a May 16, 2022 order to pay

the filing fee or file a motion to proceed *in forma pauperis*. *Id.* Plaintiff's objections were

due by June 21, 2022. *Id.* at 2. Plaintiff has not filed objections to the Recommendation.

Although the Recommendation was returned as undeliverable, the docket does not reflect

that Plaintiff failed to receive the Court's May 16 order. Accordingly, there being no timely

objections filed to the Recommendation, and after an independent review of the file, the

Recommendation is ADOPTED, and it is hereby

        ORDERED that this case is DISMISSED without prejudice.

        Final Judgment will be entered separately.

        Done, this 6th day of July, 2022.

                                    /s/ W. Harold Albritton
                                    W. HAROLD ALBRITTON
                                    SENIOR UNITED STATES DISTRICT JUDGE

1